AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| JAELYN DELSHAUN YOUNG and | ) Case No. 3:15MJ32-SAA |
| MUHAMMAD ODA DAKHLALLA | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____5/21/2015 to present_____ in the county of _____Oktibbeha_____ in the _____Northern_____ District of _____Mississippi_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2339(B) | Attempting and conspiring to knowingly provide material support and resources to a foreign terrorist organization ("ISIL") in the form of personnel, knowing that said organization is a designated terrorist organization that has engaged in and is engaging in terroriest activity as defined in Section 140(d)(2) of the Foreign Relations Authorization Act. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Stephen E. Thomason
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 8, 2015

_____
*Judge's signature*

City and state:  Oxford, Mississippi

S. ALLAN ALEXANDER
*Printed name and title*