# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 3:15MJ032-SAA     LOCATION HELD: OXFORD**

**UNITED STATES OF AMERICA V.  JAELYN DELSHAUN YOUNG, MUHAMMAD ODA DAKHLALLA**

**DATE & TIME BEGUN: 08/08/15 @ 4:00 p.m.**

**DATE & TIME ENDED: 08/08/15 @ 4:15 p.m.**

**TOTAL TIME:   15 min**

---

**PRESENT:**

**HONORABLE S. ALLAN ALEXANDER, U. S. MAGISTRATE JUDGE**

| | |
|---|---|
| Willie Sue Miller | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**        **ATTORNEY(S) FOR DEFENDANT(S)):**
  Bob Norman
  Clay Joyner

**PROCEEDINGS: Initial Appearance**

---

**ENTRY TO BE MADE ON DOCKET:**
Hearing held.   Court appointed Federal Public Defender as counsel for defendants.  Government moved for detention pending action by the grand jury.  Preliminary and detention hearings set for 8/10/15 at 1:30 p.m. in Oxford, MS before Magistrate Judge Alexander.  Defendants remanded to custody of U. S. Marshal

**DAVID CREWS, CLERK**

/s/ Willie Sue Miller
Willie Sue Miller, Courtroom Deputy