# United States District Court

### *Northern District of Mississippi*

Criminal Trial Exhibit List

UNITED STATES OF AMERICA

V.                                      CAUSE NUMBER    3:15MJ032-SAA

JAELYN D. YOUNG, MUHAMMAD O. DAKHLALLA

| **Presiding Judge**<br>S. Allan Alexander | **Government Attorney**<br>Clay Joyner, Bob Norman | **Defendant's Attorney**<br>Kenneth Coghlan, Greg Park |
|---|---|---|
| **Trial Date(s)**<br>8/10/15 - 8/11/15 | **Court Reporter**<br>digital | **Courtroom Deputy**<br>Willie Sue Miller |

| GOV NO. | DEF. NO. | DATE OFFERED | MARKE | ADMITTE | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 8/10/15 | X | X | Letter from Jaelyn Young and photos |
| 2 | | 8/10/15 | X | X | Letter from Muhammad Dakhlalla and photos |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*
*Include a notation as to the location of any exhibit not held with the case file or not available because of size.*