AO 442 (Rev. 01/09) Arrest Warrant

**RECEIVED**
AUG 10 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) |
| v. | ) |
| JAELYN DELSHAUN YOUNG | ) Case No. 3:15MJ32-SAA |
| MUHAMMAD ODA DAKHLALLA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jaelyn Delshaun Young and Muhammad Oda Dakhlalla                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Attempting and conspiring to knowingly provide material support and resources to a foreign terrorist organization ("ISIL") in the form of personnel, knowing that said organization is a designated terrorist organization that has engaged in and is engaging in terrorist activity as defined in Section 140(d)(2) of the Foreign Relations Authorization Act.

Date: August 8, 2015

*Issuing officer's signature*
S. ALLAN ALEXANDER
S. ALLAN ALEXANDER
*Printed name and title*

City and state:    Oxford, Mississippi

---

### Return

This warrant was received on *(date)* 08/08/2015 , and the person was arrested on *(date)* 08/08/2015
at *(city and state)*   Columbus, MS                      .

Date: 08/08/2015

*Arresting officer's signature*
Stephen E. Thomason Special Agent FBI
*Printed name and title*